UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:14-cv-00305-MOC-DCK

| | | |
|---|---|---|
| JUANITA L. JONES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| J. CALVIN HILL | ) | |
| JULIE M. KEPPLE | ) | |
| PATRICIA K. YOUNG | ) | |
| CITY OF ASHEVILLE | ) | |
| STATE OF NORTH CAROLINA | ) | |
| MARTIN REIDINGER | ) | |
| ROY COOPER | ) | |
| RON MOORE | ) | |
| EDWIN D. CLONTZ | ) | |
| CHARLES E. BARNARD | ) | |
| SAMUEL A. CATHEY | ) | |
| PAUL SWANK | ) | |
| BUNCOMBE COUNTY DISTRICT COURT | ) | |
| ARROWHEAD GENERAL INSURANCE AGENCY | ) | |
| PETER R. HENRY | ) | |
| ALAN B. STYLES | ) | |
| GEICO INSURANCE AGENCY INC. | ) | |
| UNITED STATES DISTRICT COURT WESTERN | ) | |
| DISTRICT OF NORTH CAROLINA | ) | |
| JOHN DOE 2 | ) | |
| JOHN DOE 3 | ) | |
| JOHN DOE 4 | ) | |
| JOHN DOE 5 | ) | |
| ANNIE M. BARNARD | ) | |
| UNIVERSAL NORTH AMERICAN INSURANCE | ) | |
| COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on review of a Memorandum and Recommendation issued in this matter. In the Memorandum and Recommendation, the

magistrate judge advised the parties of the right to file objections within 14 days, all in accordance with 28, United States Code, Section 636(b)(1)(c). No objections have been filed within the time allowed.

The *Federal Magistrates Act of 1979,* as amended, provides that "a district court shall make a *de novo* determination of those portions of the report or specific proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); Camby v. Davis, 718 F.2d 198, 200 (4th Cir.1983). However, "when objections to strictly legal issues are raised and no factual issues are challenged, *de novo* review of the record may be dispensed with." Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982). Similarly, *de novo* review is not required by the statute "when a party makes general or conclusory objections that do not direct the court to a specific error in the magistrate judge's proposed findings and recommendations." Id. Moreover, the statute does not on its face require any review at all of issues that are not the subject of an objection. Thomas v. Arn, 474 U.S. 140, 149 (1985); Camby, 718 F.2d at 200. Nonetheless, a district judge is responsible for the final determination and outcome of the case, and accordingly the court has conducted a careful review of the magistrate judge's recommendation.

After such careful review, the court determines that the recommendation of the magistrate judge is fully consistent with and supported by current law. Further, the brief factual background and recitation of issues is supported by the applicable pleadings. Based on such determinations, the court will fully affirm the Memorandum and Recommendation and grant relief in accordance therewith.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the Memorandum and Recommendation (#55) is **AFFIRMED,** defendants' Motions to Dismiss (##17, 26, 30, 32, 37, 49, and 51) are **GRANTED,** and this action is **DISMISSED**.

The Clerk of Court shall enter a Judgment consistent with this Order and the Memorandum and Recommendation.

Signed: April 29, 2015

Max O. Cogburn Jr
United States District Judge