# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| JUANITA L. JONES, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00305-MOC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| J. CALVIN HILL, | ) | |
| JULIE M. KEPPLE, | ) | |
| PATRICIA K. YOUNG, | ) | |
| CITY OF ASHEVILLE, | ) | |
| STATE OF NORTH CAROLINA, | ) | |
| MARTIN REIDINGER, | ) | |
| ROY COOPER, | ) | |
| RON MOORE, | ) | |
| EDWIN D. CLONTZ, | ) | |
| CHARLES E. BARNARD, | ) | |
| SAMUEL A. CATHEY, | ) | |
| PAUL SWANK, | ) | |
| BUNCOMBE COUNTY DISTRICT | ) | |
| COURT, | ) | |
| ARROWHEAD GENERAL | ) | |
| INSURANCE AGENCY, | ) | |
| PETER R. HENRY, | ) | |
| ALAN B. STYLES, | ) | |
| GEICO INSURANCE AGENCY INC., | ) | |
| UNITED STATES DISTRICT | ) | |
| COURT WESTERN DISTRICT OF | ) | |
| NORTH CAROLINA, | ) | |
| JOHN DOE 2, | ) | |
| JOHN DOE 3, | ) | |
| JOHN DOE 4, | ) | |
| JOHN DOE 5, | ) | |
| ANNIE M. BARNARD, | ) | |
| UNIVERSAL NORTH AMERICAN | ) | |
| ISURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 29, 2015 Order of Dismissal.

April 29, 2015

Frank G. Johns, Clerk
United States District Court